LOTTA CORNELL JONES, joined by her husband, J. Sewell Jones, for conformity, v. PAUL M. SCHROTER and DAISY M. SCHROTER, his wife, and TOWN OF GULFPORT, a municipal corporation.

32 So. (2nd) 922                                              June Term, 1947
December 19, 1947                                               Division A

*B. M. Skelton,* for appellants.
*Harris, Barrett, McGlothlin & Dew,* for appellees.

PER CURIAM:

The decree appealed from is affirmed on authority of Reina et al. v. Hope (Fla.) 30 So. 2nd 172; McCann v. City of St. Petersburg, 145 Fla. 158, 199 So. 264; Fleming v. Fleming, 130 Fla. 264, 177 So. 607.

Affirmed.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.

KATE HAVLIN MARTIN, joined by her husband, W. WALTER MARTIN, v. FAUD H. HANNA and MARGARET ALICE HANNA, his wife.

32 So. (2nd) 922                                              June Term, 1947
December 19, 1947                                               Division A

*Owen W. Pittman,* for Plaintiffs.
*R. K. Bell,* for defendants.

PER CURIAM:

The certifiied question is not answered because it is not a question contemplated under Rule 38 of this Court.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.